Commonwealth *v.* Miranda, Appellant.

Sub-
mitted September 10, 1973. *Manuel N. Zapata* and
*Calvin Lieberman,* for appellant; *Dean L. Foote,* As-
sistant District Attorney, and *George J. Joseph,* Dis-
trict Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Montoute, Appellant.

Submitted September 13, 1973.
*Paul D. Gandola* and *John W. Packel,* Assistant De-
fenders, and *Vincent J. Ziccardi,* Defender, for appel-
lant; *James T. Ranney* and *Milton M. Stein,* Assistant
District Attorneys, and *Arlen Specter,* District Attor-
ney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Moon, Appellant.

Submitted September 10, 1973.
*J. Michael Williamson,* for appellant; *Richard Sax-
ton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.